

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00251-CV

———————————————

JUSTIN LEE WOLFE, Appellant

V.

NICOLE LEANNE WOLFE, Appellee

On Appeal from the 43rd District Court
Parker County, Texas
Trial Court No. CV21-1902

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

The trial court clerk responsible for preparing the appellate record has informed us that Appellant has not arranged to pay for the clerk's record as the Texas Rules of Appellate Procedure require. *See* Tex. R. App. P. 35.3(a)(2). We notified Appellant of this fact on September 4, 2024, and we warned that we would dismiss the appeal for want of prosecution unless, within ten days, he arranged to pay for the clerk's record and provided us with proof of payment. *See* Tex. R. App. P. 35.3(c), 37.3(b), 44.3. More than ten days have passed, and the trial court clerk has notified us that Appellant still has not arranged to pay for the clerk's record.

Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: October 17, 2024